UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Beck, f/k/a David Wayne Vanderbeck,               Civil No. 99-826 (RHK/FLN)

          Plaintiff,                               **ORDER**

v.

Erik Skon, David Crist, and Dr. Christopher Ceman,

          Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 22, 2005, all the files, records, and the undersigned's de novo review of Plaintiff's Objections thereto, **IT IS ORDERED**:

1. The Objections (Doc. No. 332) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 331) is **ADOPTED**;

3. Defendants' Motions for Summary Judgment (Doc. Nos. 280 and 287) are **GRANTED**;

and

4. The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: January 31, 2006

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge